IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-670-D

| | | |
|---|---|---|
| KATHARINE ROYAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RHUDY'S, INC., | ) | |
| | ) | |
| Defendant. | ) | |

The court has reviewed the response that each attorney filed in response to this court's show cause order. Each attorney concedes that he violated this court's local rules. Christopher Lane concedes that he failed to comply with this court's local rules on multiple occasions [D.E. 20]. The violations concern the role and responsibilities of local counsel. See id. Michael Chester also concedes that he repeatedly failed to send pleadings to local counsel, Christopher Lane, and instead simply filed documents with the court [D.E. 18]. Chester also failed to file a notice of appearance in accordance with the local rules. Id. Finally, Mel Garofalo concedes that he failed to file a notice of appearance in accordance with the local rules [D.E. 14].

The court expects more from counsel. Counsel are admonished to comply with this court's local rules. Any other failures to comply will result in sanctions.

On November 30, 2012, defendant filed a motion to dismiss plaintiff's complaint [D.E. 7]. On December 19, 2012, plaintiff filed a motion for leave to file an amended complaint [D.E. 9] and a memorandum in support [D.E. 10].

After considering plaintiff's motion for leave to file an amended complaint in accordance with the governing standard, plaintiff's motion [D.E. 9] is GRANTED. See Fed. R. Civ. P. 15(a)(2).

Plaintiff shall file the amended complaint attached to the motion not later than February 15, 2013. Defendant shall respond to the amended complaint in accordance with Federal Rule of Civil Procedure 15(a)(3). Defendant's motion to dismiss [D.E. 7] is DENIED AS MOOT.

SO ORDERED. This 8 day of February 2013.

JAMES C. DEVER III
Chief United States District Judge